**U. S. Department of Justice**

Federal Bureau of Prisons

*Northeast Regional Office*

---

U.S. Customs House - 7th Floor
2nd and Chestnut Streets
Philadelphia, PA 19106

February 11, 2005

RECEIVED
FEB 22  11 14 AM '05
CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

The Honorable Robert N. Chatigny
Chief Judge of the United States District Court
for the District of Connecticut
Federal Building and United States Courthouse
450 Main Street
Hartford, Connecticut 06103

    RE: DANCEY, Jeffery
        Register Number: 15317-014
        Docket Number: 3:03CR119(RNC)

Dear Judge Chatigny:

    Mr. Jeffery Dancey was sentenced in your Court to an 84-month term of confinement for Passing, Uttering or Publishing Counterfeit U.S. Treasury Obligations. At the time of sentencing, you recommended Mr. Dancey be confined at the Federal Medical Center, Devens, Ayer, Massachusetts, or a similar facility where he will receive mental health treatment.

[During the designation process], Mr. Dancey's case was [reviewed by the] Medical Designations Department. It was [determined that his] mental health condition did not necessitate [designation] to a medical facility. Mr. Dancey has been [designated to the] Federal Correctional Institution, Otisville, [as an] appropriate facility with available bed space. [In addition,] the Psychology Services staff at the Otisville [FCI have been] made aware of your recommendations and will [address Mr. Dancey]'s mental health concerns.

[While we] were unable to comply with the Court's [recommendation, s]hould you require additional information, [please contact me] at (215)521-7311.

                Sincerely,

                D. Scott Dodrill
                Regional Director

---

*Handwritten annotations (left margin, rotated):* Robert N. Chatigny, U.S.D.J. — copies to counsel of record

*Handwritten annotation:* Copies already sent. Lucia

*Handwritten annotation (left margin):* February 23, 2005. The Clerk will docket this letter and send copies to counsel of record and U.S. Probation. So ordered.