3 CR 119 RNC

RECEIVED

2001 OCT 26  A 11: 50

Clerk Knight Court
U.S. DISTRICT JUDGE
U.S. Court House
141 Church Street
New Haven, CT 06511

OCT 24 2007

Dear Clerk

To Whom it may Concern my name
is Jeffery Dancey I am at F.C.I. ottisville and I
am writing because their is a missprint in my Time —
Computation sheet because I've been prison —
Since 11/7/2003 and my sentence is 7 years So my release
date should be 2009 So if you Could please Correct —
this problem for me, which 2011 is my expiration —
Full term Date is wrong and mr. Buchaana want —
proof where I was on 1-22-03 to 10-10-03, 10-30
03 to 7-18-04 So my time Could be Corrected. Thank you

**October 29, 2007**        <u>USA v. Jeffery Dancey</u>
                          3:03CR119 (RNC)

The Clerk will docket this letter and send copies to counsel of record and
U.S. Probation.  So ordered.

Robert N. Chatigny, U.S.D.J.